4 So.2d 479

### Georgia HORTON v. STATE.

8 Div. 156.

Supreme Court of Alabama.

Nov. 6, 1941.

R. B. Patton and D. U. Patton, both of Athens, for petitioner.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Georgia Horton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Horton v. State, 4 So.2d 477.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

4 So.2d 516

### Clarence PETERS v. STATE.

7 Div. 679.

Supreme Court of Alabama.

Nov. 6, 1941.

Rehearing Denied Nov. 27, 1941.

E. L. Roberts and Motley & Motley, all of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Clarence Peters for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Peters v. State, 4 So.2d 514.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.

4 So.2d 514

### Thelma JONES et al. v. CITY OF OPELIKA.

5 Div. 357.

Supreme Court of Alabama.

Nov. 6, 1941.

Duke & Duke, of Opelika, for petitioner.

Grover C. Powell, of Atlanta, Ga., opposed.

BROWN, Justice.

The questions in this case are in all respects similar to those involved in Roscoe Jones v. City of Opelika, ante, p. 24, 4 So. 2d 509.

Writ awarded; reversed and rendered on authority of the opinion in Roscoe Jones v. City of Opelika, supra.

All the Justices concur, except KNIGHT, J., not sitting.